No. 284. MINER *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. The application for other relief is also denied.

No. 365. PORTER *v.* RAGEN, WARDEN. On petition for writ of certiorari to the Supreme Court of Illinois;

No. 374. MIMEE *v.* CALIFORNIA. On petition for writ of certiorari to the Supreme Court of California; and

No. 407. MORRIS *v.* CALIFORNIA. On petition for writ of certiorari to the Supreme Court of California. October 9, 1944. The petitions for writs of certiorari are denied. The motions for leave to file petitions for writs of habeas corpus are also denied.

No. 98. ROXBOROUGH *v.* MICHIGAN; and

No. 99. WATSON *v.* MICHIGAN. October 16, 1944. Petition for writs of certiorari to the Supreme Court of Michigan denied. *Mr. Charles H. Houston* for petitioners. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 321. SHREVEPORT ENGRAVING Co., INC. *v.* UNITED STATES. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank J. Looney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. William Strong* for the United States.